No. 443, Misc.   LUNDY *v.* WARDEN, STATE PRISON OF SOUTHERN MICHIGAN.   Supreme Court of Michigan. Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.

No. 431, Misc.   SHOTKIN *v.* GENERAL ELECTRIC CO. ET AL.; and
No. 447, Misc.   LUCAS *v.* TEXAS.   Applications denied.

No. 441, Misc.   BICKFORD *v.* UNITED STATES; and
No. 559, Misc.   BIRD *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL.   The motions for leave to file petitions for writs of habeas corpus are denied.   *George T. Davis* and *Joseph S. Robinson* for petitioner in No. 559, Misc.

No. 446, Misc.   SWEET *v.* HOWARD, WARDEN.   Motion for leave to file petition for writ of certiorari denied.

*Certiorari Granted.   (See also No. 542, ante, p. 681, and No. 593, supra.)*

No. 574.   UNITED STATES *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING Co.   C. A. 1st Cir.   Certiorari granted. *Solicitor General Perlman* for the United States.   *Milton J. Donovan* for respondent.

No. 633.   UNITED STATES *v.* SPELAR, ADMINISTRATRIX. C. A. 2d Cir.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *Gerald F. Finley* and *Arnold B. Elkind* for respondent.

No. 584.   FEDERAL COMMUNICATIONS COMMISSION *v.* BROADCASTING SERVICE ORGANIZATION, INC.   United States Court of Appeals for the District of Columbia